In the Matter of the Application of JOHN J. MOKE for Admission to the Bar. (From the State of Ohio.) — Application granted. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

In the Matter of the Application of ZONOLA LONGSTRETH SNODGRESS for Admission to the Bar. (From the State of Arkansas.) — Application granted. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

MARGARET CAVANAGH, Appellant, v. EMMET CAVANAGH, Respondent.— On argument, order in so far as it grants plaintiff's motion for alimony *pendente lite* modified by increasing the allowance of alimony to fifteen dollars per week, and as so modified affirmed, without costs. Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY MENICHELLA, Appellant.— On argument, judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Richmond, modified by reducing the sentence to ten days in the county jail, and as so modified unanimously affirmed. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

THE BROOKLYN NATIONAL BANK OF NEW YORK, Appellant, v. KEYSTONE BOND AND MORTGAGE COMPANY, INC., and KEYSTONE INVESTING CORPORATION, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Young, Kapper, Carswell and Tompkins, JJ.; Lazansky, P. J., not voting.

CARMELO CAMPO, Respondent, v. THE GREGORY CONTRACTING CO., INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay granted for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

CITY MASONS SUPPLY CO., INC., Appellant, v. ZINBAR REALTY CO., INC., and FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Respondents, and Others, Defendants.— Motion for reargument withdrawn on stipulation. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

EPPENBACH, INC., a Domestic Corporation, Respondent, v. DOHERTY RESEARCH COMPANY, a Corporation, and/or " JANE " DOHERTY, etc., and Another, Appellants.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

GUIDO FLAIM, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

MARY S. GREEN, Respondent, v. TIMOTHY J. MACDONNELL, WILLIAM P. MACDONNELL and JOHN J. QUINN, Copartners Doing Business under the Firm Name and Style of MACDONNELL BROTHERS, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Stay granted for thirty days to enable appellants to apply to the Court of Appeals. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.